**Hon. Jacquelyn D. Austin**
                                                        **June 2024 Term of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
### NOTICE of
### PRE-TRIAL CONFERENCE AND PLEA HEARING and/or JURY SELECTION

**PLEASE TAKE NOTICE** that the following cases, which are assigned to the <u>**Honorable Jacquelyn D. Austin, U.S. District Judge**</u>, are **scheduled** for Pre-trial Conference on <u>**June 10, 2024, at 10:00 a.m.,**</u> Courtroom 6200, 250 East North Street, Greenville, South Carolina.

<u>***\*PLEASE CALL JACKIE AIKEN (864-241-2751) FOR ALL QUESTIONS REGARDING CRIMINAL CASES. DO NOT CALL JUDGE AUSTIN'S CHAMBERS.\****</u>

**\*\*\*DO NOT GO TO JUDGE AUSTIN'S CHAMBERS REGARDING PRE-TRIAL MATTERS THE MORNING OF COURT UNLESS YOU HAVE PREVIOUSLY SCHEDULED A MEETING. REQUESTS THE DAY OF COURT TO MEET WITH JUDGE AUSTIN SHOULD BE MADE TO JACKIE AIKEN, COURTROOM DEPUTY CLERK OF COURT.\*\*\***

***\*\*\*ALL DEFENSE ATTORNEYS ARE REQUIRED TO MEET WITH THEIR CLIENT(S) BEFORE THE SCHEDULED DATE OF COURT.\*\*\****

EACH ATTORNEY IS REQUIRED TO CONFER WITH THE UNITED STATES ATTORNEY'S OFFICE AND REVIEW THE DISCOVERY MATERIAL **BEFORE** THE PRE-TRIAL CONFERENCE.

Final date for filing motions, excluding Motions to Continue, and supporting memoranda is **May 27, 2024, with responses filed by June 3, 2024. All plea bargaining must be complete prior to the Pre-trial Conference.** *Defense counsel must meet with their client before the court date*.

**\*\*MOTIONS TO CONTINUE MUST BE FILED NOT LATER THAN 10:00 A.M. ON JUNE 6, 2024. UNLESS THERE ARE EXTENUATING CIRCUMSTANCES, THE PARTIES SHOULD NOT APPEAR ON JUNE 10, 2024, TO ONLY ADDRESS A CONTINUANCE TO THE NEXT TERM OF COURT. IF THE USA AND THE DEFENDANT CONSENT TO A CONTINUANCE, THE MOTION SHOULD BE FILED ON THE DOCKET. COUNSEL WILL BE NOTIFIED IF THEY NEED TO APPEAR AFTER A MOTION TO CONTINUE HAS BEEN FILED.\*\***

<u>The following motions will be addressed at the Pre-trial Conference:</u>
**All timely filed motions**, including motions to suppress, dismiss, etc.
All discovery motions should be in compliance with Local Rule 12.02.
**<u>Notify Jackie Aiken in the Clerk's Office at 864-241-2751 when motions are resolved prior to the Pre-trial Conference</u>**.

**NOTICE OF CHANGE OF PLEA HEARING**
**PLEASE TAKE NOTICE** that the **PLEA HEARING** for any defendant who wishes to enter a **Plea of Guilty** will be held **<u>after the Pre-trial Conference</u>** on **<u>June 10, 2024.</u>**

**\*\*Proposed plea agreements should be emailed to <u>austin_ecf@scd.uscourts.</u>gov and <u>jackie_aiken@scd.uscourts.gov</u> by 12:00 p.m. on June 6, 2024.**

**SIGNED PLEA AGREEMENTS SHOULD BE SCANNED AND <u>ELECTRONICALLY</u> FILED BY COUNSEL <u>PRIOR TO</u> 12:00 p.m. on June 7, 2024.**

| | |
|---|---|
| **U.S. Attorneys:** | *<u>Element sheets should be filed by 12:00 p.m. two business days prior to the Pre-trial Conference</u>.*  Make sure they correctly reflect the exact elements and penalties (and drug amounts/types, if applicable) for the particular defendants/crimes and that they correctly reflect the **counts** to which each defendant will plead. |

**\*\*AUSAs and defense counsel are responsible for having a copy of plea agreements to use during change of plea hearings. The court must have the signed copy of the plea agreement before court begins. The court will not provide copies.**

**NOTICE OF JURY SELECTION**

All cases in which a guilty plea is not entered will be scheduled, if the case is not continued, for ***<u>JURY SELECTION on June 24, 2024, at 9:00 a.m., in the Carroll A. Campbell, Jr. U.S. Courthouse, Courtroom 6200, 250 East North Street, Greenville,South Carolina.</u>***
Supplemental Juror Questionnaires and lists will be uploaded into CM/ECF as a padlocked event seven days prior to jury selection and made electronically available to counsel of record only. To obtain access, counsel must file the revised Juror Questionnaire/List Request Form in the case, using the event: *Certification – Juror Questionnaire and List Request*, found under Other Filings – Trial Documents. Counsel will no longer obtain copies from the designated copy services across the district.

*The juror questionnaires and lists and the information obtained therefrom are privileged and shall be kept confidential and shall not be shared with anyone other than the US Attorney or Federal Public Defender organization without written consent of the United States District Court. This information shall be used solely for evaluating potential jurors for service in this case and shall not be used for any other purpose. Further, the requesting party must certify, before access will be granted, that immediately after trial, he or she will destroy all copies, whether paper or electronic, of completed juror questionnaires, juror lists, and any other documents containing information obtained from the complete juror questionnaires. Failure to adhere to the above requirements would be in violation of 28 U.S.C. § 1867(f) and the District of South Carolina's Amended Jury Selection Plan Order.*

PURSUANT TO LOCAL CRIMINAL RULE 26.04, **AT LEAST ONE WEEK prior to jury selection, counsel must submit his or her list of proposed voir dire questions and request for jury instructions to the court with copies to opposing counsel. If request for voir dire and jury instructions are not timely submitted, counsel shall have waived the right to submit written voir dire questions and written jury instructions.**
**\*\****Prior to submitting any voir dire requests or jury instructions the parties are to confer and determine if they can agree on these requests. If so, these requests shall be submitted as joint submissions. All requests shall be emailed to chambers at cain_ecf@scd.uscourts.gov*.*The request forms may be found at [www.scd.uscourts.gov.](www.scd.uscourts.gov.)*
Agreed-upon (JOINT) strikes for cause per case must be emailed to the Courtroom Deputy NOT LATER THAN 11:00 a.m. 2 days prior to jury selection.

**COUNSEL ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM FOR TRIAL**. If your case is a trial and you did not participate in electronic courtroom training when it was offered, you should contact Jackie Aiken (864-241-2751) regarding use of the electronic system. Training will not be conducted the morning of trial or the day prior to trial.

Attorneys representing criminal defendants MUST notify your clients of all hearings.

**Counsel:** If your client is on bond and arrested in another venue, **PLEASE** notify Jackie Aiken immediately.

                                                At the direction of the Court
                                                ROBIN L. BLUME, CLERK

| | | |
|---|---|---|
| 6:24-373 Interpreter | Juan Carlos Sanchez | Max Cauthen, AUSA  Ben Stepp, AFPD |
| 7:24-374 Interpreter | Domingo Pascual-Bartolome | Max Cauthen, AUSA  Ben Stepp, AFPD |
| 7:24-375 Interpreter | Gustavo Perez-Fernandez | Max Cauthen, AUSA  Judea Davis, AFPD |
| 6:24-376 Interpreter | Carlos Giovanni Peralta-Duarte | Max Cauthen, AUSA  Erica Soderdahl, AFPD |
| 8:24-128 | Shyquan D. Griffin | Bill Watkins, AUSA  Lora Blanchard, AFPD |
| 8:24-130 | Deanthony Ali Chapman | Justin Holloway, AUSA  Judea Davis, AFPD |
| | Dyshaun Octavious Anton Grant | Hank Ehlies, CJA |

| | | |
|---|---|---|
| 8:24-193 | Justin Tyler Beasley | Bill Watkins, AUSA<br>Erica Soderdahl, AFPD |
| 6:24-194 | True Heaven Heflin | Carrie Sherard, AUSA<br>Lora Blanchard, AFPD |
| 6:24-283 | Bryan Michael Stegall | Justin Holloway, AUSA<br>Frank Eppes, Retained |
| | Albrie Nate Bashaw | David Seay, Retained |
| | Jennifer D. Waters | Margaret Chamberlain, CJA |
| | Robert Lawrence Sexton | Sloan Ellis, Ret.<br>Brandi Hinton, Ret. |
| | Jenny McCarson Hern | Stephanie Rainey, CJA |
| | Misty Ann Duck | Cassandra Gorton, CJA |

| | |
|---|---|
| Dawn Helen Rondeau | Joe Brewer, CJA |
| Robert Jack Guible | Josh Kendrick, CJA |
| Joshua Wayne Sheehan | Lora Blanchard, AFPD |
| Kimberly Ann Mateus | Janis Hall, CJA |
| Meleta Marie Waters | Steve Hisker, CJA |
| Johnzarria S. Irby | Powers Price, CJA |
| Linda S. Frazao | Beattie Ashmore, Retained |
| Todd Holloway | Mark Moyer, CJA |

6:24-380                          Constantine G. Madeckas           Bill Watkins, AUSA
                                                                    Brandi Hinton, Ret.
                                                                    Sloan Ellis, Ret.